# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BALINDA ANTOINE,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>DEVON BELL, et al.,<br><br>　　　　Defendant(s). | Case No. 2:15-cv-01109-JAD-NJK<br><br>ORDER |

On July 7, 2015, the Court received mail returned as undeliverable to Defendant Devon Bell. Docket No. 8. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991) (upholding denial of motion to set aside default judgment where plaintiff failed to update address). To that end, the Court may enter case-dispositive sanctions against a party who fails to update his or her address. *Cf.* Local Special Rule 2-2.

The Court hereby **ORDERS** Defendant Devon Bell to file a notice of change of address no later than July 24, 2015. Failure to comply with this order may result in sanctions, up to and including case-dispositive sanctions.

　　　　IT IS SO ORDERED.

　　　　DATED: July 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge