UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Balinda Antoine, <br><br>    Plaintiff <br><br> v. <br><br> Devon Bell and BWSI Media KHS Trust, <br><br>    Defendants | 2:15-cv-01109-JAD-NJK <br><br> **Order Remanding Case Back to Nevada State Court** <br> **[ECF 6]** |

After plaintiff Balinda Antoine initiated eviction proceedings against defendants in a Nevada state court, defendants filed a "notice of entry of federal removal."[1] Defendants invoke both diversity and federal question jurisdiction alleging that the amount in controversy exceeds $75,000 and citing to the Fair Debt Collection Practice Act.[2] Antoine timely moved to remand arguing that defendants have not established either basis for federal jurisdiction.[3] Defendants have not opposed Antoine's motion or requested an extension to file an opposition, and the deadline for doing so passed more than a month ago.

Local Rule 7-2(d) provides, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." I deem defendants' failure to oppose Antoine's motion a concession that Antoine's arguments against jurisdiction are valid and a consent to remand.[4]

---

[1] ECF 1.

[2] Id. at 1–2; 15 U.S.C. § 1692.

[3] ECF 6.

[4] I also find that defendants have failed to establish the existence of either diversity or federal question jurisdiction.

With good cause appearing and no reason for delay,

IT IS HEREBY ORDERED that plaintiff's Motion to Remand **[ECF 6] is GRANTED**. This case is remanded back to the Justice Court, Clark County, Nevada case number 15E011713.

Dated this 27 day of August, 2015

Jennifer A. Dorsey
United States District Judge